USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 02 2019

# HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 27, 2019

Keli Liu, Esq.
Tel: (718) 353-8522
Fax: (718) 353-6288
Email: Kliu@hanglaw.com

**SO ORDERED**

DEC 0 2 2019 The initial conference is adjourned from December 4, 2019 to January 29, 2020 at 9:30 a.m.

[signature]
HON. GEORGE B. DANIELS

**VIA ECF**
Hon. George B. Daniels
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: **Xie et al v. Cityspade Inc. et al**

1:19-cv-05005-GBD

Motion to Adjourn Status Conference

Dear Judge Daniels:

This office represents the Plaintiffs in the above-referenced matter. We write, with the consent of the Defense Counsel, to respectfully request an adjournment of the status conference scheduled for December 4, 2019.

The undersigned's last day with the office of HANG & ASSOCIATES, PLLC is November 27, 2019. Ms. Qinyu Fan, who has appeared in this matter, is the newly assigned lead counsel for this case. As the newly assigned counsel, Ms. Fan needs time to review the case file and farmilarize herself with the case. Furthrumore, Ms. Fan has other obligations on that day for cases that she is in charge.

For the foregoing reasons, we respectfully request that the status confernece be adjourned to the <u>second week of Janurary 2020</u> or any other future date that is convinient to this Court.

We thank the Court for its attention to and consideration of this matter.

Respectfully submitted,

/s/ Keli Liu
Keli Liu, Esq.

CC: all parties of record (VIA ECF)