UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

XING XIE,

                         Plaintiff,

                                            ORDER

    -against-

                                            19 Civ. 5005

CITYSPADE INC. et al,

                       Defendants.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

The April 15, 2020 conference before this Court is canceled.

Dated: New York, New York
        March 24, 2020

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE