USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING XIE, *individually and on behalf of others similarly situated*, et al.

                        Plaintiffs,

            -against-

CITYSPADE, INC. et al,

                        Defendants.

1:19-cv-5005 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

This case has been reassigned to me for all purposes. Accordingly, it is hereby

ORDERED that, by April 27, 2020, the parties shall submit a joint letter on the status of this case

and a Proposed Case Management Plan and Scheduling Order, as required by this Court's

Individual Rules of Practice. The documents should be filed on ECF and sent to this Court via

email (in both PDF and Microsoft Word formats). The joint status letter may not exceed 6 pages

and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the

    major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendant in removed cases, as to the

    basis of subject matter jurisdiction and venue, and a brief statement by each other

    party as to the presence or absence of subject matter jurisdiction and venue.

    Statements shall include citations to relevant statutes. In cases invoking the Court's

    diversity jurisdiction, the parties should state both the place of incorporation and the

    principal place of business of any party that is a corporation, and the citizenship of all

    members, shareholders, partners, and/or trustees of any party that is a partnership,

    limited partnership, limited liability company, or trust;

3. A statement of procedural posture, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the conference;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

Any request for an extension shall be made by letter filed on ECF and must be received at least 48 hours before the deadline or conference. The Court's Individual Rules and model Case Management Plan are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

**Date:  April 3, 2020**
       **MARY KAY VYSKOCIL**
     **New York, NY**
      **United States District Judge**