| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 6/21/2021 |
|---|---|

XING XIE, *individually and on behalf of others similarly situated*, et al.

                    Plaintiffs,

-against-

CITYSPADE, INC. et al,

                    Defendants.

1:19-cv-5005 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

        IT IS HEREBY ORDERED that, by July 7, 2021, the parties shall submit a joint status letter and Proposed Case Management Plan. The Court's Individual Rules and a model Case Management Plan are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**The parties are on notice that failure to comply with this Order may result in sanctions, including dismissal of this case for failure to prosecute.**

SO ORDERED.

Date: **June 21, 2021**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**