USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING XIE, et al.,

          Plaintiffs,

-against-

CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG,

          Defendant.

1:19-cv-05005 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court has received Plaintiffs' counsel's response to the order to show cause previously entered in this case. *See* ECF No. 33. The Court reserves decision on the issue of sanctions.

    In light of counsel's representations in the response, the Parties must confer and file a joint letter and proposed case management plan as set forth in my Individual Practices on or before July 22, 2021.

    The Parties are directed to appear for a telephonic status conference on July 30, 2021 at 11:30AM. To join the conference, dial 888-278-0296 and enter access code 5195844.

    Failure to comply with this order may result in sanctions. Any request for adjournment of the deadlines herein must be filed on ECF at least 72 hours before the deadline in question.

**SO ORDERED.**

Date: July 15, 2021
      New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**