UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING XIE, *individually and on behalf of others similarly situated*, et al.

                Plaintiffs,

      -against-

CITYSPADE, INC. et al,

                Defendants.

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/30/2021 |

1:19-cv-5005 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Due to counsel's failure to timely appear for the conference scheduled for July 30, 2021 at 11:30AM in this case, the conference is adjourned to August 12, 2021 at 12:30PM. The same dial-in information will be used.

**SO ORDERED.**

**Date: July 30, 2021**
**New York, NY**

                **MARY KAY VYSKOCIL**
                **United States District Judge**