UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XING XIE, et al., | |
| Plaintiffs, | |
| -against- | |
| CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/9/2023____

1:19-cv-05005 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that Mr. Mullkoff's motion to withdraw as defense counsel [ECF Nos. 71, 72, 73] is GRANTED.

IT IS FURTHER ORDERED that, if Defendants retain new counsel, such counsel shall file a notice of appearance by August 31, 2023.  Otherwise, Defendants must file a letter by August 31, 2023 informing the Court that they intend to proceed *pro se*.

IT IS FURTHER ORDERED that by the close of business on August 11, 2023, Mr. Mulkoff must (1) send this Order to Defendants and (2) submit a letter to the Court confirming that he sent this Order to Defendants and providing the Court with Defendants' last known address.

IT IS FURTHER ORDERED that Plaintiffs' motion for summary judgment is DENIED without prejudice to renewal after the August 31, 2023 deadline for Defendants to either retain new counsel or appear *pro se*.

The Clerk of Court respectfully is requested to terminate the motions at ECF 71 and 75.

**SO ORDERED.**

**Date:  August 9, 2023**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**