```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XING XIE, et al.,<br><br>                    Plaintiffs,<br><br>     -against-<br><br>CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG,<br><br>                    Defendant. | 1:19-cv-05005 (MKV)<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court will hold an in-person status conference in this matter on November 9, 2023 at 12:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse. **All parties are directed to attend the conference in-person, including *all* counsel of record.**

**Failure to comply with this Order or any Rule of this Court may result in sanctions, including preclusion of claims or defenses, monetary penalties, and/or dismissal of this action.**

Plaintiffs are directed to serve a copy of this Order on Defendants and to file proof of service on the docket or before November 6, 2023.

**SO ORDERED.**

**Date: November 2, 2023**
**New York, NY**

*[signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**