```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING XIE, *et al.*,

                Plaintiffs,

-against-

CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG,

                Defendant.

1:19-cv-05005 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Plaintiffs, requesting that the Court "excuse the absence[] of" Mr. Hang from attending the in-person status conference scheduled for November 9, 2023. [ECF No. 88.] That request is **DENIED**. **Mr. Hang must appear in-person for the November 9, 2023 status conference.**

    **Failure to comply with this Order, any other Order of this Court, any Local or Individual Rule of this Court, and/or with any of the parties' discovery obligations, may result in sanctions, including preclusion of claims, evidence, or defenses, monetary penalties, and/or dismissal of this action, or the entry of default judgment.**

**SO ORDERED.**

Date: **November 7, 2023**
       **New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**