```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING XIE, *et al.*,

              Plaintiffs,

-against-

CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG,

              Defendant.

1:19-cv-05005 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter filed by Mr. Wong requesting leave to withdraw as counsel of record in this case. [ECF No. 90.] **Mr. Wong must appear in-person for the November 9, 2023 status conference.**

    **Failure to comply with this Order, any other Order of this Court, any Local or Individual Rule of this Court, and/or with any of the parties' discovery obligations, may result in sanctions, including preclusion of claims, evidence, or defenses, monetary penalties, and/or dismissal of this action, or the entry of default judgment.**

**SO ORDERED.**

Date:  **November 8, 2023**
        **New York, NY**

*[Signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**