```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XING XIE, et al.,

                Plaintiffs,

-against-

CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG,

                Defendant.

1:19-cv-05005 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter filed by Plaintiffs—filed belatedly on November 24, 2023. [*See* ECF No. 95.] Plaintiffs inform the Court that they intend to seek default judgment against Defendants. [ECF No. 95.]

Accordingly, it is HEREBY ORDERED that **on or before December 11, 2023, Plaintiffs must file a motion for default judgment with respect to all Defendants in this action.** There will be NO EXTENSIONS of this deadline. If Plaintiffs do not file a motion for default judgment on or before December 11, 2023, this action **will be dismissed for failure to prosecute**. Plaintiffs are directed to comply with this Court's Individual Rules of Practice (specifically Attachment A) in filing their motion. If any part of Plaintiffs' motion does not comply with this Court's default judgment procedures, **the motion will be denied and this case will be closed. THIS IS PLAINTIFFS' FINAL CHANCE TO PROSECUTE THEIR CASE.**

Accordingly, the parties, including the Plaintiffs personally, are on notice that **failure to comply with this Order, or any Local or Individual Rule of this Court, will result in sanctions, including dismissal of this action, and monetary sanctions, including financial sanctions on counsel.**

Plaintiff is directed to serve a copy of this Order on all Defendants and to file proof of service on the docket on or before December 1, 2023.

**SO ORDERED.**

Date: **November 27, 2023**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**