UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024
```

XING XIE, *et al.*,

            Plaintiffs,

-against-

CITYSPADE INC. CITYSPADE MOVING AND DELIVERY LLC, and ZI JUN WANG,

            Defendants.

1:19-cv-05005 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court will hold a hearing on Plaintiffs' motion for a default judgment on February 29, 2024 at 11:30 AM. The hearing will be held in Courtroom 18C of the 500 Pearl Street Courthouse, New York, New York.

    Plaintiffs are directed to serve a copy of this order on Defendants along with a copy of Plaintiffs' motion for a default judgment and all supporting papers on or before February 12, 2024. Proof of service must be filed on the ECF docket by February 15, 2024.

**SO ORDERED.**

**Date:  February 1, 2024**
       **New York, NY**

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**