# <u>HANG & ASSOCIATES, PLLC</u>

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

February 28, 2024

Ziyi Gao, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: zgao@hanglaw.com

<u>**VIA ECF:**</u>
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re: XIE ET AL V. CITYSPADE INC. ET AL**
Case No.: 1:19-CV-05005-MKV
<u>Letter to Judge re Minor Typo in the Statement of Damages</u>

Dear Judge Vyskocil,

      This office represents Plaintiffs Weicheng Cao, Daisy Dai, Bingqing Guo, Tingting He, Shuyang Qu, and Xing Xie ("Plaintiffs") in the above-referenced matter. Pursuant to the Court's Order dated February 1, 2024, a court hearing on Plaintiffs' motion for a Default Judgment will be held on February 29, 2024, at 11:30AM (the "Court Hearing"). The undersigned identified a minor typo (a minor miscalculation) in the Statement of Damages (ECF No. 103), which may affect the total damages amount Plaintiffs are seeking. Kindly inquire the proper procedure of making the correction.

      Please kindly advise at your earliest convenience so that this office can move forward to make correction for the upcoming Court Hearing accordingly. We appreciate the Court's time and attention to this matter.

      Respectfully Submitted,
      Hang & Associates, PLLC
      By: <u>s/ Ziyi Gao</u>
      Ziyi Gao, Esq.
      *Attorneys for Plaintiffs*

cc: *pro se* Defendants (via First-Class Mail)